[No. 56450-1-I.   Division One.   January 2, 2007.]

NORTH COAST ELECTRIC COMPANY, *Appellant*, v. MARTIN SELIG
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 03-2-33307-7, Douglass A. North, J., entered
May 23, 2005. *Affirmed in part* and *remanded* by unpub-
lished opinion per Baker, J., concurred in by Cox and
Dwyer, JJ. Now published at 136 Wn. App. 636.

[Nos. 56942-2-I; 57528-7-I.   Division One.   January 2, 2007.]

*In the Matter of the Marriage of* LYNNETTE M. RANZ,
*Respondent*, and MICHAEL J. RANZ, *Appellant*.

Appeals from judgments of the Superior Court for Skagit
County, No. 02-3-00724-1, Susan K. Cook, J., entered Au-
gust 18 and December 16, 2005. *Affirmed* by unpublished
opinion per Dwyer, J., concurred in by Baker and Cox, JJ.

[No. 57138-9-I.   Division One.   January 2, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES EDWARD
O'CAIN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 04-1-05750-3, Brian D. Gain, J., entered Octo-
ber 10, 2005. *Affirmed in part* and *remanded* by unpub-
lished per curiam opinion.

[No. 57183-4-I.   Division One.   January 2, 2007.]

KURT R. RIGGIN, *Appellant*, v. SNOHOMISH COUNTY ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 04-2-05917-8, Douglass A. North, J., entered
October 12, 2005. *Affirmed* by unpublished per curiam
opinion.